UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVENTIM LIVE ASIA PTE LTD, <br><br> Plaintiff, <br><br> -against- <br><br> KAMP MUSIC FESTIVAL INC., <br><br> Defendants. | 23-cv-05942 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's motion to seal its Complaint and Exhibit C. ECF No. 7. Plaintiff is hereby **ORDERED** to publicly file a redacted version of the Complaint and Exhibit C, and file under seal a copy of the unredacted Complaint with the proposed redactions highlighted.

The Clerk of the Court is respectfully directed to terminate ECF No. 7.

**SO ORDERED.**

Dated:   August 1, 2023
         New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**