UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EVENTIM LIVE ASIA PTE LTD,                  :
                                            :
                **Plaintiff,**    :
                                            :   **1:23-cv-05942 (ALC)**
       -against-                           :
                                            :   **ORDER**
KAMP MUSIC FESTIVAL INC.,                   :
                                            :
                **Defendant.**   :
                                            :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On August 23, 2023, the Clerk of the Court issued a certificate of default in Plaintiff's favor. ECF No. 16. Plaintiff is directed to serve the certificate on Defendant by September 23, 2023 and file an affidavit of service by that date.

**SO ORDERED.**

**Dated: September 20, 2023**
       **New York, New York**
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**