IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVENTIM LIVE ASIA PTE. LTD,<br><br>                     Plaintiff,<br><br>vs.<br><br>KAMP MUSIC FESTIVAL INC.,<br><br>                     Defendant. | Case No. 1:23-cv-05942-ALC |

## [PROPOSED] JUDGEMENT OF DEFAULT

This action having been commenced on July 11, 2023, by Plaintiff Eventim Live Asia PTE. LTD ("ELA") by the filing of the Summons and the Complaint, and a copy of the Summons and Complaint having been personally served on Defendant KAMP Music Festival Inc. ("KAMP"), on July 14, 2023 by personal delivery to Katie Goldin, authorized agent of KAMP in the state of California, proof of service having been filed on July 21, 2023, and the Defendant having not filed an answer or otherwise moved with respect to the Complaint herein, and that time to answer the Complaint has expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgement against Defendant in the amount of $4,358,333.84, attorneys' fees in the amount of $2,000, and post judgment interest.

Dated: New York, New York

    November 13, 2023

                                                          U.S.D.J.

This document was entered on the docket on

November 13, 2023